JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROCKETFUEL BLOCKCHAIN, INC., a Nevada corporation; and ROCKETFUEL BLOCKCHAIN COMPANY, a Nevada corporation,<br><br>Plaintiffs,<br><br>v.<br><br>JOSEPH PAGE, an individual; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 2:20-cv-09270-FLA-AFM<br><br>**ORDER ON STIPULATION TO TRANSFER CASE TO DISTRICT OF NEVADA, LAS VEGAS DIVISION, AND FOR EXTENSION OF TIME FOR PLAINTIFFS TO RESPOND TO DEFENDANT'S CROSS-COMPLAINT [20]**<br><br>Judge: Fernando L. Aenlle-Rocha<br><br>Filed: October 8, 2020 |

**ORDER**

Having reviewed the Stipulation to Transfer Case to District of Nevada, Las Vegas Division, and for Extension of Time for Plaintiffs to Respond to Defendant's Cross-Complaint, by and between the parties, and their respective attorneys, if any, which is attached hereto as Exhibit A and made a part hereof, the following is hereby ordered by the Court:

1. The matter shall be transferred to the United States District Court, District of Nevada, Las Vegas Division, as requested in Defendant's Motion to Strike, with all transfer fees, if any, to be paid by Plaintiffs.

2.	Plaintiffs shall have to and including February 1, 2021, to respond to Defendant's Cross-Complaint, provided that after the transfer to the District of Nevada, such deadline shall be subject to the Local Rules of the United States District Court, District of Nevada, Las Vegas Division.

IT IS SO ORDERED by this Court, this 13th day of January, 2021.

Fernando L. Aenlle-Rocha
United States District Judge